```
                          FILED
                 CLERK, U.S. DISTRICT COURT

                       JUL 20 2008

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL LAMONTE HIGGINS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GEORGE GALAZA,<br><br>　　　　Respondent. | NO. CV 05-7599 GPS (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is GRANTED in part and DENIED in part as follows:

　　　(1)　the motion to dismiss Ground Four as unexhausted is denied;

　　　(2)　the motion to dismiss Ground One(A), Two(A) and Three as unexhausted is granted without prejudice;

　　　(3)　the motion to dismiss Ground One(A) as failing to allege a violation of a federal statute or provision of the United States Constitution is denied; and

/ / /

/ / /

(4) the motion to dismiss Grounds Two(A) and Three as failing to allege a violation of a federal statute or provision of the United States Constitution is granted without prejudice.

DATED: 7/20/08

GEORGE P. SCHIAVELLI
United States District Judge