UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL LAMONTE HIGGINS,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE GALAZA, Warden,<br><br>    Respondent. | NO. CV 05-7599 GW (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition on the merits with prejudice.

DATED: August 4, 2011

                                                                   GEORGE H. WU<br>
                                                      United States District Judge