UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARL LAMONTE HIGGINS, | ) | NO. CV 05-7599 GW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| GEORGE GALAZA, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 4, 2011

_____
GEORGE H. WU
United States District Judge